UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIKA McCOTTER, | No. 2:20-cv-00951 KJM AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| AZ MOBILE APPLICATIONS, LLC, | |
| Defendant. | |

Plaintiff filed a complaint on May 11, 2020. ECF No. 1. Plaintiff's counsel withdrew on November 10, 2020, and plaintiff was given 45 days to retain new counsel. ECF No. 18. On September 21, 2022, District Judge John A. Mendez, noting that no action had been taken in this case, designated plaintiff a pro se litigant and referred the case to the undersigned for all further proceedings. ECF No. 19. Plaintiff has taken no action in this case for nearly two years. Thus, the court ORDERS plaintiff to file a status report no later than October 19, 2020. If plaintiff intends to pursue this case, the court will set a scheduling conference. If plaintiff does not respond, the undersigned will recommend dismissal for failure to prosecute.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is ordered to file a status report no later than October 19, 2022; and
2. If plaintiff fails to comply with this order, the case may be dismissed.

IT IS SO ORDERED

DATED: September 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE